**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
Kyle.herda@usdoj.gov

main: (973) 297-2024
direct: (973) 297-2053

*Kyle M. Herda, Esq.*
*Assistant United States Attorney*

October 28, 2026

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** October 29, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Saquipulla Pinguil v. Blanche, et al.*, No. 26-13546-RK**
**Petitioner's Bond Hearing**

Dear Judge Kirsch:

This Office represents Respondents in this habeas matter brought by a noncitizen challenging the legality of his detention by U.S. Immigration and Custom Enforcement ("ICE"). We respectfully write pursuant to the Court's October 17, 2026, Order, ECF No. 2, to confirm that Petitioner was initially provided the opportunity for a bond hearing on October 20, 2026, which was later rescheduled to October 27, 2026, upon Petitioner's request for additional time. We now respectfully write to update the Court on the results of Petitioner's rescheduled bond hearing. On October 27, 2026, an immigration judge determined that Petitioner is a flight risk and denied bond. *See* Ex. A (Bond Order). Respondents therefore respectfully request the Court to lift the transfer injunction and close this case. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Kyle M. Herda*
Kyle M. Herda
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)